UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 08-13722 |
| | | CHAPTER 13 |
| JOHN L. ARMSTRONG | | |
| JULIA M. ARMSTRONG | : | JUDGE BURTON PERLMAN |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

  Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

  The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917661 | $0.08 |

Creditor(s)
American Home Mortgage
P.O. Box 631730
Irving, TX 75063

               Respectfully submitted,

          /s/ Margaret A. Burks, Esq.
             Margaret A. Burks, Esq.
             Chapter 13 Trustee
             Attorney No. OH 0030377

             Francis J. DiCesare, Esq.
             Staff Attorney
             Attorney No. OH 0038798

             Karolina F. Perr, Esq.
             Staff Attorney
             Attorney No. OH 0066193

             600 Vine Street, Suite 2200
             Cincinnati, OH 45202
             (513) 621-4488
             (513) 621 2643 (Facsimile)
             mburks@cinn13.org - Correspondence only
             fdicesare@cinn13.org
             kperr@cinn13.org
             cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 22, 2011.

                          /s/    Margaret A. Burks, Esq.
                                Margaret A. Burks, Esq.

American Home Mortgage
P.O. Box 631730
Irving, TX 75063

Debtor(s) Counsel
DEARFIELD, KRUER & CO., LLC
800 GALLIA STREET
SUITE 28
PORTSMOUTH, OH  45662

Debtor(s)
JOHN L. ARMSTRONG
JULIA M. ARMSTRONG
2786-A POPLAR FORK ROAD
FRANKLIN FURNACE, OH  45629

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)